UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KEVIN RAYA,

Plaintiff,

v.

STERLING INFOSYSTEMS, INC., et al.,

Defendants.

Case No.: 26cv4114-AJB (MSB)

**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE [ECF NO. 6]**

Now pending before the Court is the parties' Joint Motion to Continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently set for August 24, 2026, and related deadlines. (See ECF No. 6 ("Joint Motion").) The parties explain that a brief continuance is necessary because lead counsel and the party representative for Sterling InfoSystems, Inc., both reside out-of-state and require additional time to coordinate their travel to this District. (Id. at 2.) Also, Sterling InfoSystems, Inc., requires a reasonable opportunity to evaluate Plaintiff's forthcoming settlement demand and prepare a meaningful response before the ENE. (Id.)

Prior to filing the Joint Motion, counsel for the parties jointly contacted Judge Berg's chambers to identify a mutually agreeable date for a continued ENE and CMC. (Id.) Based on the availability of the Court, counsel, and the parties, the parties jointly

request to continue the ENE and CMC to October 5, 2026, at 1:30 p.m. (Id. at 2–3.) This is the parties' first request for a continuance. (Id. at 2.)

For good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1. The Pre-Early Neutral Evaluation Status Conference is **CONTINUED** to **October 1, 2026**, at **11:30 a.m.**

2. The Early Neutral Evaluation and Case Management Conference are **CONTINUED** to **October 5, 2026**, at **1:30 p.m.**

3. The deadline to submit confidential settlement statements and file a Joint Discovery Plan is **CONTINUED** to **September 28, 2026**.

4. All other deadlines and guidance set forth in the Court's July 21, 2026, Order [ECF No. 4] remain unchanged.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Honorable Michael S. Berg
United States Magistrate Judge